**Opinion issued June 30, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00115-CV

———————————

## IN RE KEITH COHN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Keith Cohn, has filed a petition for writ of mandamus challenging the trial court's denial of his motion to compel discovery.[1] We deny the petition.

### PER CURIAM

Panel consists of Justices Higley, Bland, and Massengale.

---

[1] The underlying case is *Keith Cohn v. Clayton A. Clark, Clayton A. Clark, Esq., PC, and Clark, Love & Hutson, GP*, cause number 2015-36610, pending in the 333rd District Court of Harris County, Texas, the Honorable Joseph J. Halbach, Jr. presiding.